UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim No. 06-677 |
| HUBERT DORCANT | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Scott B. McBride, Assistant U.S. Attorney, appearing), and defendant HUBERT DORCANT (Cathy L. Waldor, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented at trial within seventy (70) days of his Indictment; and the parties having been engaged in plea negotiations; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. In the event a plea is not entered in this matter, the defendant needs additional time to review discovery and prepare an adequate defense.

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ____ day of May 2008,

ORDERED that the proceedings in the above-captioned matter are continued from May 5, 2008 until September 9, 2008; and

IT IS FURTHER ORDERED that the period between May 5, 2008 and September 9, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. William H. Walls
United States District Judge

Cathy L. Waldor, Esq.
Attorney for Hubert Dorcant

Date: 5/19