UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :   Hon. William H. Walls

v.  :   Crim. No. 06-677 (WHW)

HUBERT DORCANT  :

### CONSENT ORDER

This matter having been opened to the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing) to amend Count 16 of the Indictment (filed September 23, 2008, Doc. No. 47); and defendant Hubert Dorcant having consented to the motion to amend Count 16 of the Indictment; and good cause having been shown;

IT IS, therefore, on this ___7th___ day of October, 2008,

ORDERED that the "Approximate Date" given in Count 16 of the Indictment is hereby amended to read "07/21/2003."

HON. WILLIAM H. WALLS
United States District Judge

Bradley A. Harsch
Assistant United States Attorney

Dated: Oct 1, 2008

Cathy L. Waldor, Esq.
For Defendant HUBERT DORCANT

Dated: Oct 1, 2008

-2-