UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Cr. No. 06-677
       -vs- :
HUBERT DORCANT : AMENDED ORDER OF RELEASE

It is on this 12th day of November 2008 ORDERED:

That bail be continued as set by the Honorable Mark Falk on July 22, 2004. Bail was set at $200,000 bond secured by the available equity in the defendant's property.

It is further ORDERED that, in addition to the above, the following conditions are imposed:

1. Pretrial Services supervision
2. Surrender passport/do not apply for any travel documents
3. Travel restricted to New Jersey
4. Wife to serve as third party custodian
5. No contact with victims/witnesses
6. Electronic monitoring
7. Wife to surrender her passport.

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

                WILLIAM H. WALLS, U.S.S.D.J.

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

                Loretta McCall, Deputy Clerk

<u>NOTICE OF PENALTIES APPLICABLE</u>
<u>TO THE VIOLATION OF CONDITION OF RELEASE</u>

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant bay be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more than $5,000 or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more tan $1,000 or imprisonment for not more than one year, or both.