# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable William H. Walls |
| V. | |
| | Indictment No.: 06-677 (WHW) |
| HUBERT DORCANT, et al., | **ORDER MODIFYING BAIL CONDITIONS** |

The Court having considered the application by Cathy L. Waldor, Esq. attorney for defendant Hubert Dorcant, with the consent of Assistant U.S. Attorney, counsel for the United States, and for good cause shown:

It is on this day of December 16, 2008;

ORDERED that the following modifications be added to the current bail order:

1. That Mr. Dorcant be permitted to take his children to the school bus stop, and pick them up from the bus stop daily.

It is FURTHER ORDERED that all conditions of release shall, and the same hereby, remain in full force and effect until further order of the Court.

_____
Honorable William H. Walls
United States District Judge