UNITED STATES DISTRICT COURT<br>District of New Jersey

Chambers of
**William H. Walls**
District Judge

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

(973) 645-2564
(973) 645-3436 Fax

NOT FOR PUBLICATION

LETTER ORDER

ORIGINAL ON FILE WITH CLERK OF COURT

March 18, 2009

**Appearances:**

Bradley Adams Harsch
Office of the US Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
     For the United States,

Cathy L. Waldor
Waldor & Carlesimo, Esqs.
2517 Highway 35
Building L, Suite 101
Manasquan, NJ 08736
     For Defendant, Hubert Dorcant.

Re:    <u>U.S. v. Dorcant</u>; No. 06-cr-00677 (WHW)
       Motion for Bail Pending Appeal

Dear Counsel:

Defendant asks the Court to grant bail pending appeal of his sentence. Defendant's motion lacks any supporting arguments. The motion is denied for failure to show that Defendant's appeal "raises a substantial question of law or fact likely to result in" reversal, a new trial, or a reduced term of imprisonment as required by 18 U.S.C. § 3143(b)(1)(B). Absent this showing, the Court need not consider the other requirements of 18 U.S.C. § 3143.

It is on this _18_ day of March, 2009,

ORDERED that Defendant's Motion for Bail Pending Appeal is **DENIED**.

William H. Walls, U.S.D.J.