RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel. 973- 645-2736
email: LEAH.BYNON@usdoj.gov
LAB0321

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. WILLIAM H. WALLS |
| PLAINTIFF, | : | CRIMINAL NO. 06-677 |
| v. | : | |
| HUBERT DORCANT, | : | |
| DEFENDANT. | : | |

ORDER FOR PAYMENT OF SPECIAL ASSESSMENT AND RESTITUTION FROM BOND PROCEEDS HELD BY REGISTRY OF COURT

Upon consideration of the motion of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey by and through Leah A. Bynon, Assistant U.S. Attorney, and this Court being fully advised in the premises:

IT IS HEREBY ORDERED that the United States District Court Clerk pay over $38,350.00 of the $200,000.00 currently on deposit in the Registry of the Court by the Defendant, Hubert Dorcant, in connection with the Appearance Bond executed by said defendant in Case No. 06-677 to be applied as payment on a Special Assessment ($1600.0)) and Restitution ($36,750) owed by the defendant in case no. 06-677.

Dated this 23 day of March, 2009

WILLIAM H. WALLS, JUDGE
UNITED STATES DISTRICT COURT