UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 04-MG-368201<br>06-CR-677-01 |
| V. | : | RECOGNIZANCE NO. NEW0018 |
| HUBERT DORCANT | : | ORDER FOR RETURN OF<br>DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of TWO HUNDRED THOUSAND DOLLARS ($200,000.00) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, and

It further appearing that the Court entered an Order dated April 30, 2009, wherein the balance remaining in the amount of $161,650.00 was ordered to be returned to Defendant, Hubert Dorcant, at 4 Forest Road, Maplewood, NJ 07040, and

It further appearing that the Defendant is currently incarcerated and has authorized the Clerk of the Court by letter dated April 29, 2009, to release the bail money to Mrs. Wilfemme Dorcant at 4 Forest Road, Maplewood, NJ 07040,

IT IS on this _1st_ day of _June_, 2009,

ORDERED THAT the sum of ONE HUNDRED SIXTY-ONE THOUSAND SIX HUNDRED FIFTY DOLLARS ($161,650.00), be paid to Mrs. Wilfemme Dorcant, 4 Forest Road, Maplewood, NJ 07040.

_____
GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT