**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

|  |  |  |
|---|---|---|
| HUBERT DORCANT, | : | |
| | : | |
| Petitioner, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | Crim No. 06-677 (WHW) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

---

**Walls, District Judge**

Petitioner Hubert Dorcant moves for a writ of habeas corpus to vacate, set aside or

correct his sentence, pursuant to 28 U.S.C. § 2255.

IT IS on this 12th day of August, 2010

ORDERED that Petitioner's motion is DENIED.

**s/William H. Walls**
United States Senior District Judge
